```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 05543
   YONNA C DANLEY
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2694


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/28/2007 and was confirmed 06/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/12/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                 PAID            PAID
-------------------------------------------------------------------------------
AT&T                         UNSECURED       NOT FILED            .00             .00
SPRINT PCS                   UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO PARKING      UNSECURED         2450.00            .00          202.65
HOLLYWOOD VIDEO              UNSECURED       NOT FILED            .00             .00
STONE PARK POLICE DEPT       UNSECURED       NOT FILED            .00             .00
NORTH RIVERSIDE POLICE D     UNSECURED       NOT FILED            .00             .00
NORTH RIVERSIDE POLICE D     UNSECURED       NOT FILED            .00             .00
NORTH RIVERSIDE POLICE D     UNSECURED       NOT FILED            .00             .00
NORTH RIVERSIDE POLICE D     UNSECURED       NOT FILED            .00             .00
RUSH PEDIATRIC MEDICAL S     UNSECURED       NOT FILED            .00             .00
LASALLE BANK                 UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC          UNSECURED          422.42            .00           26.30
VYRIDIAN REVENUE MGMT        UNSECURED       NOT FILED            .00             .00
HORIZON EMERGENCY MEDICI     UNSECURED       NOT FILED            .00             .00
RUSH PRUDENTIAL              UNSECURED       NOT FILED            .00             .00
RUSH PRUDENTIAL              UNSECURED       NOT FILED            .00             .00
RUSH PRUDENTIAL              UNSECURED       NOT FILED            .00             .00
MERCHANTS CREDIT GUIDE C     UNSECURED       NOT FILED            .00             .00
MERCURY FINANCE              UNSECURED       NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM     UNSECURED          925.83            .00           76.57
RUSH UNIVERSITY MEDICAL      UNSECURED       NOT FILED            .00             .00
BANK OF AMERICA OPERATIO     UNSECURED       NOT FILED            .00             .00
ILLINOIS DEPT OF HUMAN S     UNSECURED       NOT FILED            .00             .00
VERIZON                      UNSECURED       NOT FILED            .00             .00
DIRECTV INC                  UNSECURED       NOT FILED            .00             .00
BMG MUSIC                    UNSECURED       NOT FILED            .00             .00
TELECOM USA                  UNSECURED       NOT FILED            .00             .00
MCI                          UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC          UNSECURED          660.00            .00           41.10
PORTFOLIO RECOVERY ASSOC     UNSECURED         5706.19            .00          471.97
ILLINOIS DEPT OF REVENUE     PRIORITY          188.88             .00          188.88
ERNESTO D BORGES JR          DEBTOR ATTY     2,100.00                           21.75
```

```
TOM VAUGHN                TRUSTEE                                    70.78
DEBTOR REFUND             REFUND                                       .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   1,100.00

PRIORITY                                           188.88
SECURED                                               .00
UNSECURED                                          818.59
ADMINISTRATIVE                                      21.75
TRUSTEE COMPENSATION                                70.78
DEBTOR REFUND                                         .00
                          ---------------      ---------------
TOTALS                    1,100.00             1,100.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE